IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CODY D. WUNDER, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| v. | : | NO. 16-67 |
| | : | |
| ROBERT GILMORE, et al., | : | |
|     Respondents. | : | |

## ORDER

**AND NOW**, this 23rd day of May 2016, upon consideration of Cory D. Wunder's Petition for writ of *Habeas Corpus* (ECF Doc. No. 1), the April 29, 2016 Report and Recommendation of United States Magistrate Judge Henry S. Perkin (ECF Doc. No. 11), Mr. Wunder's Objections to the Report and Recommendation (ECF Doc. No. 18), and review of the Pennsylvania and federal caselaw relating to Mr. Wunder's claim of constitutionally ineffective assistance of counsel and finding no credible basis to challenge the validity of Mr. Wunder's guilty plea or to find a trial court decision wrongly applying the Sixth Amendment, it is **ORDERED:**

1. The extensive and well-reasoned April 29, 2016 Report and Recommendation of United States Magistrate Judge Perkin (ECF Doc. No. 11) is **APPROVED AND ADOPTED;**

2. Mr. Wunder's Petition for Writ of Habeas Corpus (ECF Doc. No. 1) is **DISMISSED;**

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **closed** for statistical purposes.

                                                                                        KEARNEY, J.